**Opinion filed October 4, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00197-CV

_____

## RICHARD A. WAGNER, Appellant

## V.

## COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 433rd District Court**
**Comal County, Texas**
**Trial Court Cause No. C-2011-0183D**

## M E M O R A N D U M   O P I N I O N

Richard A. Wagner is the appellant in this appeal. He has filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

October 4, 2012                                          PER CURIAM

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill.[2]

---

[1]Eric Kalenak, Justice, resigned effective September 3, 2012. The justice position is vacant pending appointment of a successor by the governor or until the next general election.

[2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.